**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**AMOR AYALA,**

      **Plaintiff,**

      **vs.**　　　　　　　　　　　　　　　　　　　　**Civ. No. 24-1209  DHU/JFR**

**FRANK BISIGNANO, Commissioner,
Social Security Administration,**

      **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS
<u>AND RECOMMENDED DISPOSITION</u>**

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed February 3, 2026. Doc. 33.  Objections were due by no later than February 17, 2026.  The parties have not filed any objections.  The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions.  *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 33) is adopted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Doc. 27) is **GRANTED** and that Plaintiff is awarded **$11,565.00** in attorney fees.  *See Astrue v. Ratliff*, 560 U.S. 586, 590-92, 130 S.Ct. 2521, 2525-27 (2010) (holding that Section 2412(d) directs that courts shall award fees and other expenses to the prevailing party, and not to the prevailing party's attorney).

**IT IS FURTHER ORDERED** that Plaintiff's request for additional EAJA fees in the amount of **$3,777.90** related to compensation for fee litigation is **GRANTED**.  *Id.*

**IT IS FURTHER ORDERED** that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**DAVID H. URIAS**
**United States District Judge**